**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

In re:   **ELYSEE, CARLINE**                                    BKY # 19-11901 JKF

                             Debtor            Chapter 7

**ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR**

**CONSENT ORDER**

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ David M. Offen                                    /s/ TERRY P. DERSHAW
                                                              TERRY P. DERSHAW
DAVID M. OFFEN                                    Chapter 7 Trustee
Counsel for Debtor

**ORDER**

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to October 23, 2019.

Date: 6/24/19

                                                              JEAN K. FITZSIMON
                                                              United States Bankruptcy Judge