United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11901-jkf
Carline Elysee                                                      Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR            Page 1 of 2        Date Rcvd: Jun 24, 2019
                           Form ID: pdf900        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db              +Carline Elysee,    5217 Westford Road,    Philadelphia, PA 19120-3618
14295849        +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14295850        +Bank Of America,    4909 Savarese Circle,    Fll-908-01-50,    Tampa, FL 33634-2413
14295851        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14295852        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14295853        +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
14295857        +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14295856        +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14295860        +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14303896        +PennyMac Loan Services LLC,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14295859        +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14295862        +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14295867        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 25 2019 03:10:01    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14295854        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:10
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
14295855        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:10    Comenitybank/New York,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14295863        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:43    Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14296608        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:14    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14297117        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:14    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295864        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:14    Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14295865        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:44    Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14295866        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:43    Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                          TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295858*       +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14295861*       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: SaraR               Page 2 of 2              Date Rcvd: Jun 24, 2019
                             Form ID: pdf900           Total Noticed: 24

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Carline  Elysee dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

In re:    **ELYSEE, CARLINE**                    BKY # 19-11901 JKF

                                    Debtor        Chapter 7

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT ORDER

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor

consent to the extension of deadlines for the Chapter 7 trustee, the United States

Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to

the entry of the following Order;

Consent is hereby given to the within Order

/s/ David M. Offen                              /s/ TERRY P. DERSHAW
_____          TERRY P. DERSHAW
DAVID M. OFFEN                                 Chapter 7 Trustee
Counsel for Debtor

**ORDER**

And it is further ORDERED (nunc pro tunc, if applicable) that the time period

under Bankruptcy Rule 4004(a) to object to discharge and the time period under

Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to

October 23, 2019.

Date: 6/24/19

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge