Certificate Number: 12433-PAE-DE-033073823

Bankruptcy Case Number: 19-11901



12433-PAE-DE-033073823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2019, at 12:14 o'clock PM EDT, Carline Elysee completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 8, 2019   By: /s/Candace Jones

Name: Candace Jones

Title: Counselor