IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

In re:  **ELYSEE, CARLINE**          BKY # 19-11901 JKF

            Debtor        Chapter 7

## ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT ORDER

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ David M. Offen                                    /s/ TERRY P. DERSHAW
                                                      TERRY P. DERSHAW
DAVID M. OFFEN                                        Chapter 7 Trustee
Counsel for Debtor

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to December 31, 2019.

JEAN K. FITZSIMON
United States Bankruptcy Judge