United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11901-jkf
Carline Elysee                                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv               Page 1 of 2               Date Rcvd: Sep 18, 2019
                            Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db          +Carline Elysee,    5217 Westford Road,    Philadelphia, PA 19120-3618
14295849    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14295850    +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14295851    +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14295852    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
              St Louis, MO 63179-0034
14295853    +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
14295857    +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14295856    +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14295860    +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
              Cleveland, OH 44101-4982
14303896    +PennyMac Loan Services LLC,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14295859    +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14295862    +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
              Cleveland, OH 44101-4982
14370314    +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14295867    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14295854    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:09:46
              Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
              Columbus, OH 43218-2125
14295855    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:09:47     Comenitybank/New York,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14372021     E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 03:09:49
              Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
14295863    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14     Syncb/Lord & Taylor,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14296608    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:13     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14297117    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295864    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15     Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14295865    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14     Synchrony Bank/TJX,
              Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14295866    +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:14     Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295858*   +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14295861*   +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
              Cleveland, OH 44101-4982
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: dlv               Page 2 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: pdf900         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Carline  Elysee dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

In re: **ELYSEE, CARLINE**  BKY # 19-11901 JKF

Debtor  Chapter 7

## ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

## CONSENT ORDER

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ David M. Offen                                   /s/ TERRY P. DERSHAW
                                                     TERRY P. DERSHAW
DAVID M. OFFEN                                       Chapter 7 Trustee
Counsel for Debtor

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to December 31, 2019.

**Date: September 18, 2019**

JEAN K. FITZSIMON
United States Bankruptcy Judge