UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ELYSEE, CARLINE                    BANKRUPTCY # 18-17662 JKF

### NOTICE OF CHANGE FROM ASSET TO NO-ASSET

TO FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE.

TERRY P. DERSHAW, the Trustee in the above captioned matter,
after due inquiry, having discovered no assets gives Notice that this is a No
Asset case.

_/s/ Terry P. Dershaw_
TERRY P. DERSHAW, TRUSTEE

DATED: 11/1/19

AFTER FURTHER INVESTIGATION, IT APPEARS THAT THERE ARE NOT SUFFICIENT
ASSETS TO BENEFIT THE ESTATE.